```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW W. VAIL,                                              :
                                                             :
                              Plaintiff,                     :
                                                             :
              - against -                                    :
                                                             :
THE CITY OF NEW YORK, et al.,                                :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020

18 Civ. 09169 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendant The City of New York is directed to report to the Court by June 15, 2020, Pro Se Plaintiff Andrew W. Vail's current location and contact information.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      June 8, 2020
              New York, New York

Copies transmitted to all counsel of record.