USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW W. VAIL,

                Plaintiff,

     - against -

THE CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

18 Civ. 09169 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court ordered the parties to appear before the Court for a telephonic Initial Pretrial Conference on June 22, 2020 at 2:30 p.m.  (Dkt. 69.)  Defendants were directed to mail a copy of the Court's Order to Pro Se Plaintiff and file proof of service on ECF; they did so.  (Dkt. 71.)  Plaintiff, however, did not meet and confer with defense counsel to jointly complete and file a proposed civil case management plan and scheduling order.  Nor did Plaintiff appear for the scheduled conference.

      Accordingly, by July 20, 2020, Plaintiff shall file a letter explaining why he did not comply with the Court's Order.  If the Court does not receive a response from Plaintiff by July 20, 2020, Defendants may file a motion to dismiss for failure to prosecute.

      Defendants shall serve a copy of this order on Plaintiff and file proof of same by June 25, 2020.  If Defendants are unable to do so, they shall promptly notify the Court so that it can arrange alternative means.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2020
New York, New York

Copies transmitted to all counsel of record.