UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW W. VAIL,

                    Plaintiff,

      -against-                                18 **CIVIL** 9169 (JPO)

                                                **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 20, 2021, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       May 21, 2021

                                                **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                    **BY:**

                                                   **Deputy Clerk**